State, Agens et al., pros., v. Mayor, &c., of Newark.

THE STATE, THE NEW JERSEY INSURANCE COMPANY, THE NEWARK SAVINGS INSTITUTION, AND WARREN A. TRUESDELL AND JOHN LEE, PROSECUTORS, v. THE MAYOR AND COMMON COUNCIL OF THE CITY OF NEWARK.

THE STATE, MATILDA CRANE, SARAH MARIA CRANE, JOHN B. VAN WAGENER, AND CAROLINE M. VAN WAGENER, HIS WIFE, PROSECUTORS, v. THE MAYOR AND COMMON COUNCIL OF THE CITY OF NEWARK.

THE STATE, ALFRED L. DENNIS, MANNING DANIELS, URIAH J. SMITH, AND URIAH J. SMITH AND SAMUEL L. MITCHELL, EXECUTORS OF CORNELIUS SMITH, DEC'D, PROSECUTORS, v. THE MAYOR AND COMMON COUNCIL OF THE CITY OF NEWARK.

State, Morris Canal and Banking Co., pros., v. Haight, Collector.

The above-mentioned writs were prosecuted to remove assessments against the several parties named therein, and presented and argued upon the same statement of facts, the parties agreeing to abide the judgment of the court in the foregoing case.

Assessments affirmed